JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| C&M Communique, Inc., | ) | SACV 08-01108-JVS(ANx) |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON |
| | ) | SETTLEMENT OF CASE |
| v. | ) | |
| Mastercraft Builders, Inc., et al., | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

    The Court having been received notice from the Magistrate Judge assinged in this action that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   August 20, 2009

_____
James V. Selna
United States District Judge