JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| C&M COMMUNIQUE, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MASTERCRAFT BUILDERS, INC., a California corporation (d.b.a. MASTERCRAFT HOMES GROUP); DANIEL L. THOMPSON, an individual; RIMROCK SPRINGS, LLC, a California limited liability company; CALIMESA SPRINGS, LLC, a California limited liability company,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No.: SACV 08-01108 JVS (ANx)<br><br>JUDGMENT ON MOTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>Date:　　September 14, 2009<br>Time:　　11:00 am<br>Ctrm.:　　10-C<br><br>Hon. James V. Selna |

Plaintiff C&M Communique, Inc.'s ("Plaintiff") Motion for Judgment on Settlement Agreement (the "Motion") came on for hearing before the Court at the date and time set forth above.  After consideration of all papers and argument submitted in connection with the Motion, and a decision having been rendered thereon,

IT IS HEREBY ORDERED AND ADJUDGED THAT judgment be entered in favor of Plaintiff and counterdefendant Cristina M. Walters, on the one hand, and against defendant and counterclaimant MasterCraft Builders, Inc. ("MasterCraft") and defendants Daniel L. Thompson, Rimrock Springs, LLC, and Calimesa Springs, LLC, on the other hand, as follows:

1. Plaintiff is entitled to recover against MasterCraft and defendants Daniel L. Thompson, Rimrock Springs, LLC, and Calimesa Springs, LLC (collectively, "Defendants"), jointly and severally, the principal sum of $100,000.00, as follows:

    (a) $66,666.66 is due and owing immediately; and

    (b) $33,333.34 will be due and owing at 12:01 a.m. on September 16, 2009.

2. Defendants shall pay Plaintiff, jointly and severally, costs (including attorneys' fees) in the amount of $ 3,075.13.

3. Defendants shall pay Plaintiff, jointly and severally, prejudgment interest in the amount of $ 520.13.

4. Plaintiff may amend this judgment from time to time by noticed motion to recover from Defendants, jointly and severally, additional reasonable attorneys' fees and costs incurred to enforce the terms of this judgment.

Other than the relief set forth above, Plaintiff shall recover nothing on its complaint. MasterCraft Builders, Inc. shall recover nothing on any of the claims set forth in its counterclaims against Plaintiff and counterdefendant Cristina M. Walters.

Dated: September 4, 2009

_____
United States District Judge